UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Randall Mays

_____

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg.# of each Plaintiff)

**VERSUS**    CIVIL ACTION NO. 3:03-0536
(Number to be assigned by Court)

Dixie Avery

(Enter above the full name of the defendant or defendants in this action).

FILED
JUN 1 2 2003
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

**COMPLAINT**

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ____    No ✓

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

  1.  Parties to this previous lawsuit

      Plaintiffs: _____

      _____

      _____

      Defendants: _____

      _____

      _____

  2.  Court (if federal court, name the district; if state court, name the county):

      _____

      _____

  3.  Docket Number: _____

  4.  Name of judge to whom case was assigned:

      _____

  5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

      _____

      _____

  6.  Approximate date of filing lawsuit:_____

  7.  Approximate date of disposition:_____

II. **Place of Present Confinement:** _____

  A. Is there a prisoner grievance procedure in this institution?

      Yes ✓          No ___

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

      Yes ✓          No ___

  C. If your answer is YES:

      1. What steps did you take? I have talked with and wrote to co's

      2. What was the result? (nothing) she is still doing the same things

  D. If your answer is NO, explain why not: _____

III. **Parties**

  (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A. Name of Plaintiff: Randall Mays II

      Address: P.O. Box 218 Wayne WV 25570

  B. Additional Plaintiffs and Address: _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant **Dixie Avery**

is employed as **CO/nurse**

at **Wayne County Jail**

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

The problem is that she is not a real nurse, but yet she does meds for inmates. She is the only one with access to the medical cabinet and inmates do not get their meds, And

## IV. Statement of Claim (continued):

when they are getting them they don't get them all, she is a bad pill head she is also in to cocaine real bad on the street, she comes to work with an attitude, and take it out on the inmates, she always has a bad attitude and will not do anything for the inmates.

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to let her get some help that she needs. And for a real nurse to be here to give the meds out, Because their are inmates that really need their medication. And she is taking it and they can't

## V. Relief (continued)

so addicted that she won't stop. And the rest of the co's won't do anything. Because they are all friends here, and she is having a affair at work with a co that has pretty high rank.

## VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ____    No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: Because the Jail will not let any inmates look at a Phone Book

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ____    No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this _14th_ day of _March_, _2003_.

_Randall Mays_

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 14th 2003_
(Date)

_Randall Mays_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)