# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

RANDALL LEE MAYS, II,

           Plaintiff,

v.                                      CIVIL ACTION NO. 3:03-0536

DIXIE AVERY,

           Defendant.

## ORDER

      This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court dismiss this action. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** this action consistent with the findings and recommendation.

      The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                                  ENTER:      June 27, 2006

                                    ROBERT C. CHAMBERS
                                    UNITED STATES DISTRICT JUDGE